BEFORE THE SECOND DIVISION, SEPTEMBER 7, 1938

**No. 39325.**—Protest 537064–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J. Hemstitched linen wearing apparel similar to that involved in *Scruggs* v. *United States* (T. D. 43850) was held dutiable at 35 percent under paragraph 1017. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.